934 A.2d 691

**Edwin D. KOHR, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Oct. 22, 2007.

## *ORDER*

PER CURIAM.

The order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

Justice FITZGERALD notes his dissent.